# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>SAMIER A. ISMAIEL and LAMYA ISMAIEL,<br><br>Debtors. | Case No. 22-40263-BDL |
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMIER A. ISMAIEL,<br><br>Defendant. | Adversary No. 22-04014-BDL<br><br>NOTICE OF ENTRY OF APPEARANCE<br><br>(CLERK'S ACTION REQUIRED) |

TO: CLERK OF COURT

PLEASE BE ADVISED AND TAKE NOTICE that the undersigned appears as attorney of record for NextGear Capital, Inc., without waiving any defenses, and hereby requests that any and all further pleadings or notices of any nature or kind whatsoever, except original process, be served upon the undersigned attorney at the address stated below.

NOTICE OF ENTRY OF APPEARANCE - 1

4865-3983-0564.1

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1    DATED this 8th day of June, 2022.

2                                    MILLER NASH LLP

3

4                                    By: */s/ Zachary A. Cooper*
                                         Garrett S. Ledgerwood, WSBA No. 49970
5                                        Zachary A. Cooper, WSBA No. 53526
                                         Pier 70, 2801 Alaskan Way, Suite 300
6                                        Seattle, WA 98121
                                         Tel: (206) 624-8300
7                                        Fax: (206) 340-9599
                                         Email: garrett.ledgerwood@millernash.com
8                                               zachary.cooper@millernash.com

NOTICE OF ENTRY OF APPEARANCE- 2

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

4865-3983-0564.1